**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**


Criminal Action No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

26.  ERIC LEONARD MARTINEZ,

     Defendant.

_____

**SECOND MOTION FOR RECONSIDERATION OF DETENTION ORDER**
_____


     Defendant Eric Leonard Martinez, by his attorney Richard N. Stuckey, of Richard N. Stuckey, Attorney at Law, P.C.  respectfully moves for a second  reconsideration of the detention order herein and a modification thereof for the following reasons:

     1.  Defendant Martinez,  pursuant to 18 U.S.C. § 3142(f), again moves to reopen defendant's hearing in order to consider new information in this matter and as a result, to release Mr. Martinez  from custody on bond, with specified conditions.

     2.  Under 18 U.S.C. § 3142(f)(2),

> The Court: may reopen any detention hearing . . . "at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community."
> United States v. Shareef, 907 F.Supp. 1481, 1483 (D. Kan. 1995).

3.  At the original detention hearing in this matter on February 19, 2020, U.S.

Magistrate Judge Scott T.Varholak denied Mr. Martinez's request for release (Doc. 117)

and ordered Defendant Martinez detained.   Defendant then filed (Doc. 230, March 10,

2020) his first Motion for Reconsideration of Detention Order, and at a second hearing

on March 13, 2020, the Magistrate denied that motion and again ordered Defendant

Martinez detained.

4.  The Bail Reform Act provides for the "temporary release" of a person in

pretrial custody "to the extent that the judicial officer determines such release to be

necessary for preparation of the person's defense *or for another compelling reason."*

(18 U.S..C. Sec. 3142 (i), emphasis added).   It is respectfully submitted that the

COVID-19 outbreak is such a compelling reason, and that the situation at the Denver

Detention Center, the prison facility where Defendant Martinez is held, compels his

temporary release.

5.  In a letter to "Policymakers, Judicial Officers, Sheriffs, Wardens, and Parole

Boards" written by Dr. Carlos Franco-Paredes, MD, MPH, of the Division of Infectious

Diseases, Department of Medicine, University of Colorado Anschutz Medical Campus,

the author stated, in part, and under the heading "Likely Outcome if COVID-19 Spreads

in Jails, Prisons, and Juvenile Detention", the author stated:

> For the 2,200 inmate Denver Jail, for example, the only hospital
> that is currently accepting these patients is Denver Health.  Denver
> Health only has a capacity of 525 beds in the entire facility.  Intensive
> care unit capacity at Denver Health is 24 beds in the medical ICU,
> 23 beds in the surgical/trauma ICU, and 12 beds in a step-down
> unit (that may be able to support ventilated patients).  Therefore
> a large outbreak in a jail or prison facility would put a tremendous
> strain on the medical system in Colorado to the detriment of
> patients across the region.

6.   Defendant Martinez has composed a letter to the Court which he has sent to his wife, for her to forward to counsel to supplement to this motion.  As counsel receives more information regarding the Denver Detention Center situation, that too will be filed as a supplement.

For these reasons, it is requested that the detention hearing be again reopened and that Defendant Martinez be ordered released on such conditions as the Court may require, including electronic monitoring, conditions to which Defendant Martinez will agree.

Dated: March 29, 2020.                    s/ Richard N. Stuckey
                                          Richard N. Stuckey, Attorney at Law
                                          1801 Broadway, Suite 1400
                                          Denver, CO  80202
                                          303-292-0110
                                          FAX: 303-292-0522
                                          Email: dick@richardstuckeylaw.com
                                          Attorney for Defendant Eric Martinez


## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2020, I electronically filed the foregoing Second Motion for Reconsideration of Detention with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

                                          s/Richard N. Stuckey
                                          Richard N. Stuckey, Attorney at Law, PC
                                          1801 Broadway, Suite 1400
                                          Denver, CO 80202-3839
                                          Office Phone: 303-292-0110 x127
                                          Fax Phone: 303-292-0522
                                          E-mail dick@richardstuckeylaw.com
                                          Attorney for Defendant Eric Martinez